# IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN RE THE TRADE DESK, INC. DERIVATIVE LITIGATION

§
§
§
§
§
§
§

No. 114, 2025

Court Below—Court of Chancery of the State of Delaware

C.A. No. 2022-0461

Submitted: October 22, 2025
Decided: November 6, 2025

Before **SEITZ**, Chief Justice; **VALIHURA, TRAYNOR, LEGROW** and **GRIFFITHS**, Justices, constituting Court *en Banc*.

## **ORDER**

This 6th day of November, 2025 after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated February 14, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice